**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFREY MARTINEZ AND JOSIE COLON,<br><br>Plaintiffs,<br><br>v.<br><br>TEECCINO CAFFE, INC,,<br><br>Defendant. | Civil Action No. 1:25-cv-02060 |

## NOTICE OF SETTLEMENT

Plaintiffs Jeffrey Martinez and Josie Colon hereby advises this Honorable Court that they have reached an agreement in principle with Defendant Teeccino Caffe, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: November 18, 2025

Respectfully Submitted,

  /s/  Benjamin J. Sweet
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Phone: (412) 857-5350

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 18th day of November, 2025.

/s/ Benjamin J. Sweet
Benjamin J. Sweet

4904-6587-4298