**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFREY MARTINEZ AND JOCELYN COLON,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEECCINO CAFFE, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-02060 |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.  Whereas Plaintiffs Jeffrey Martinez and Jocelyn Colon filed the above-referenced case against Defendant Teeccino Caffe, Inc., on October 8, 2025.

2.  Whereas Defendant has not yet answered Plaintiffs' complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.  Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss the complaint with prejudice.

Dated: December 29, 2025     Respectfully Submitted,

                */s/ Benjamin J. Sweet*
                Benjamin J. Sweet
                ben@nshmlaw.com
                **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                101 Pennsylvania Boulevard, Suite 2
                Pittsburgh, PA 15228

                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this December 29, 2025.

　*/s/ Benjamin J. Sweet*
Benjamin J. Sweet